**STATE of Missouri, Respondent,**

v.

**Eric WHITEHORN, Appellant.**

**No. WD 61635.**

Missouri Court of Appeals,
Western District.

Aug. 19, 2003.

Nancy A. McKerrow, Columbia, MO, for appellant.

Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PAUL M. SPINDEN, Judge and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM.

Eric Whitehorn appeals from his conviction, in a judge-tried case, of one count of second-degree murder, § 565.021, and one count of armed criminal action, § 571.015. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).